ELLEN F. ROSENBLUM #753239
Attorney General
KRISTEN A. GILMAN #082617
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Facsimile: (503) 373-7067
E-mail: kristen.a.gilman@doj.state.or.us

Attorneys for State of Oregon

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Philip Michael Goldfeld and Anne Ashton Goldfeld,<br><br>    Debtors. | Chapter No. 7 |
| STATE OF OREGON, Department of Human Services,<br><br>    Plaintiff,<br><br>    v.<br><br>Anne Ashton Goldfeld, aka Annee von Borg,<br><br>    Defendant. | Case No. 15-34500-rld7<br><br>Adversary Proceeding No.<br><br>COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY |

Plaintiff alleges:

1

This is an adversary proceeding to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523 (a)(2). Jurisdiction is based upon 28 U.S.C. §§ 157 and 1334. This is a core proceeding as defined in 28 U.S.C. § 157 (b) (2) (I).

2

Plaintiff, State of Oregon, Department of Human Services, is the Oregon State agency charged with administering public assistance and food stamp benefit programs. Under

Page 1 of 4 – COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
    DHS v. Goldfeld      KB2:mbr/CED7007023
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

Case 15-03211-rld    Doc 1    Filed 12/16/15

ORS 411.620 (1), plaintiff is entitled to recover benefit overpayments, plus interest and costs and disbursements.

3

Pursuant to ORS 82.010, plaintiff is entitled to interest on any overpayment from the due date at the rate of 9 percent per annum.

4

During the time period from March 1, 2013 through December 31, 2014, defendant Anne Ashton Goldfeld, aka Annee von Borg, at her special insistence and request, received food stamp benefits from plaintiff, and public assistance benefits from plaintiff through the Temporary Assistance for Needy Families program (TANF).

5

During a portion of the time period described in paragraph 4 of this complaint, Samantha Goldfeld was a member of defendant's household and had earnings from her employment with the City of Hillsboro. During this time period, defendant Anne Ashton Goldfeld, aka Annee von Borg had income from her self-employment as a personal assistant for Dr. Beverlee Marks-Taub.

6

During the time period described in paragraph 4 of this complaint, defendant knowingly made affirmative, material false representations to plaintiff that there was insufficient income with which to meet the needs of the family.

7

During the time period described in paragraph 4 of this complaint, defendant had a duty to accurately report the earnings of all household members to plaintiff while receiving food stamps and public assistance benefits. Defendant failed to report the earnings of Samantha Goldfeld from her employment with the City of Hillsboro, and failed to report her income from her self-employment as a personal assistant for Dr. Beverlee Marks-Taub. This constituted

///

Page 2 of 4 – COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
DHS v. Goldfeld                                                                   KB2:mbr/CED7007023
DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

Case 15-03211-rld    Doc 1    Filed 12/16/15

continuing material false representations that there was insufficient income with which to meet the needs of the family.

8

Plaintiff acted in reliance upon the defendant's material false representations and omissions and provided her with food stamps in the amount of $12,166.00 that she was not entitled to receive, of which $150.00 has been recovered, and public assistance through the TANF program in the in the amount of $18,526.00 that she was not entitled to receive, of which none has been recovered. This debt is not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2).

9

Taking into account offsets applied, the amount due to plaintiff from defendant is approximately $30,542.00.

WHEREFORE, plaintiff prays for an order and judgment of the above-entitled court as follows:

(1) That the claims of the plaintiff, State of Oregon, Department of Human Services, against defendant Anne Ashton Goldfeld, aka Annee von Borg, as described in the complaint herein, plus 9 percent interest from December 16, 2015, are not dischargeable in bankruptcy pursuant to 11 U.S.C. § 523(a)(2);

(2) That plaintiff be awarded judgment against defendant for its costs and disbursements incurred herein in the amount of $350.00;

(4) That plaintiff be awarded interest on the judgment amount of $350.00 for plaintiff's costs and disbursements incurred herein at the federal statutory rate, which judgment is not dischargeable in bankruptcy under 11 U.S.C. § 523(a)(2); and,

///
///
///

**Page 3 of 4** – COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
DHS v. Goldfeld                KB2:mbr/CED7007023
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

Case 15-03211-rld    Doc 1    Filed 12/16/15

1  (5) For such other and further relief as the Court deems just and proper.

ELLEN F. ROSENBLUM
Attorney General

/s/ Kristen A. Gilman
Kristen A. Gilman  #082617
Assistant Attorney General
Of Attorneys for Plaintiff
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
 Telephone:  (503) 934-4400
 Facsimile:  (503) 373-7067
 E-mail:  kristen.a.gilman@doj.state.or.us

**Page 4 of 4** – COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
DHS v. Goldfeld                                         KB2:mbr/CED7007023