Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "0.47%"

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| Philip Michael Goldfeld and Anne Ashton Goldfeld, | Chapter No. 7 |
| Debtors. | Case No. 15-34500-rld7 |
| STATE OF OREGON, Department of Human Services, | |
| Plaintiff, | Adversary Proceeding No. 15-03211-rld |
| v. | |
| Anne Ashton Goldfeld, aka Annee von Borg, | STIPULATED JUDGMENT |
| Defendant. | |

Based on the stipulation of the plaintiff, by and through one of its attorneys, Kristen A. Gilman, and the defendant, Anne Ashton Goldfeld, aka Annee von Borg, by and through her attorney, Alexzander C. J. Adams,

IT IS ORDERED AND ADJUDGED:

1. That the claims of plaintiff, State of Oregon, Department of Human Services, against defendant Anne Ashton Goldfeld, aka Annee von Borg, as described in the complaint

Page 1 of 2 – STIPULATED JUDGMENT
DHS v. Goldfeld

KB2:mbr/CED7098423

DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

1 herein, plus 9 percent interest per annum from December 16, 2015, are not dischargeable in

2 bankruptcy under 11 U.S.C. § 523 (a)(2).

3     2.    That plaintiff is entitled, in addition to any other remedies that may be available to

4 it, to issue administrative decisions and record any distraint warrants as necessary to liquidate its

5 claims against defendant; and

6     3.    That plaintiff have judgment against defendant for plaintiff's costs and

7 disbursements incurred herein in the amount of $350.00, together with interest at the federal

8 statutory rate, which judgment is not dischargeable in bankruptcy under 11 U.S.C. § 523 (a)(2).

9     # # #

10 Presented by:

11 /s/ Kristen A. Gilman
Kristen A. Gilman  #082617
12 Assistant Attorney General
Of Attorneys for Plaintiff
13 Department of Justice
1162 Court Street NE
14 Salem, OR 97301-4096
Telephone: (503) 934-4400
15 Facsimile: (503) 373-7067
E-mail: kristen.a.gilman@doj.state.or.us
16

17 IT IS SO STIPULATED:

18 /s/ Kristen A. Gilman    Dated:  2/1/16
Kristen A. Gilman  #082617
Assistant Attorney General
19 Of Attorneys for Plaintiff

20 /s/ Alexzander C. J. Adams    Dated:  1/29/16
Alexzander C. J. Adams  #082441
21 Attorney for Debtor Anne Ashton Goldfeld, aka Annee von Borg

22

23 cc:  Anne Ashton Goldfeld,    Alexzander C. J. Adams
    aka Annee von Borg    Attorney at Law
    2945 NW Moda Way, Apt. 212    14705 SW Millikan Way
24     Hillsboro, OR 97124-7116    Beaverton, OR 97006

25

26

**Page 2 of 2** – STIPULATED JUDGMENT
    DHS v. Goldfeld    KB2:mbr/CED7098423

DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I certify that on February 1, 2016, I served the foregoing Stipulated Judgment upon the |
| 3 | parties hereto by United States Postal Service, First Class Mail, postage pre-paid, a true, exact |
| 4 | and full copy thereof to: |
| 5 | Alexzander C. J. Adams<br>Attorney at Law |
| 6 | 14705 SW Millikan Way<br>Beaverton, OR 97006 |
| 7 | Attorney for Debtor Anne Ashton Goldfeld, aka Annee von Borg in Chapter 7 Case |
| 8 | Anne Ashton Goldfeld,<br>aka Annee von Borg |
| 9 | 2945 NW Moda Way, Apt. 212<br>Hillsboro, OR 97124-7116 |
| 10 | |
| 11 | /s/ Kristen A. Gilman |
| 12 | Kristen A. Gilman  #082617<br>Assistant Attorney General |

**Page 1 of 1** – CERTIFICATE OF SERVICE
DHS v. Goldfeld                                                                                              KB2:mbr/CED7098423

**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE:  (503) 934-4400